Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

U.S. District of Nevada

Southern Division

FILED / ENTERED / RECEIVED / SERVED ON
COUNSEL/PARTIES OF RECORD

NOV 09 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

Case 2:23-cv-01846-CDS-NJK

Isaiah Black

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Dr. Ramu Komanduri
Department of Veteran Affairs
Dr. Tien C Wang

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Isaiah Black |
| Address | 1219 Desert Solitude St |
| | Las Vegas, NV 89110 |
| | *City / State / Zip Code* |
| County | Clark County |
| Telephone Number | 808-217-5866 |
| E-Mail Address | isaiah.black@hotmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Dr. Tien C Wang |
| Job or Title *(if known)* | Emergency Room Physician |
| Address | 6900 North Pecos Rd |
| | North Las Vegas, NV 89086 |
| | *City / State / Zip Code* |
| County | Clark County |
| Telephone Number | 702-791-9000 |
| E-Mail Address *(if known)* | |

☒ Individual capacity  ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Department of Veteran Affairs |
| Job or Title *(if known)* | |
| Address | 6900 North Pecos Road |
| | North Las Vegas, NV 89086 |
| | *City / State / Zip Code* |
| County | Clark County |
| Telephone Number | 702-791-9000 |
| E-Mail Address *(if known)* | |

☐ Individual capacity  ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
- Name: Dr. Ramu Komanduri
- Job or Title *(if known)*: Chief of Staff
- Address: 6900 North Pecos Road
- City: North Las Vegas
- State: NV
- Zip Code: 89086
- County: Clark County
- Telephone Number: 702-791-9000
- E-Mail Address *(if known)*:

☒ Individual capacity   ☒ Official capacity

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Address:
- City:
- State:
- Zip Code:
- County:
- Telephone Number:
- E-Mail Address *(if known)*:

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

        18 US Code 1035, 45 Code of Federal Regulation Part 92, 42 US Code 18116, Title VI of the Civil Rights Act, 46 Code of Federal Regulation 5.29, 32 Code of Federal Regualtion Part 45

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

### III.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

        North Las Vegas VA Hospital Emergency Room

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

        April 25, 2019 approx 8:15 p.m.

    C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

        Dr. Tien Wang acted negligent when he accused me of having an ulterior motive when I was in fact at fault for the vehicle accident.
        Dr. Tien Wang fraudulently lied and documented in my medical records that I threatened him and demanded that I want an AOD to document something on my behalf
        Dr. Tien Wang's willful misconduct violated his oath of office as a civil servant, violated his hippocratic oath to do no harm or injustice to his patient, and has permanently destroyed my character by his lies in my medical record
        Dr. Tien Wang cancelled a necessary consult for physical therapy because of his feelings
        The AOD on duty was involved, her name is Vashti
        The nurse was also involved and saw what happened Maria Eavey

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Not only was my care hindered after a vehicle accident, but due to Dr. Tien Wang's false allegations typed in an addendum after I already had left the hospital peacefully my care was restricted, my record was flagged with a negative behavior warning, I was to have armed guards escort me on and off the Veteran hospital property, I was unable to get necessary medications for my service connected medical condition due to these harsh restrictions placed on me.  All of this occurred with no rights to due process or the right to face my accuser.

## V.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I am seeking $350,000 for noneconomic damages that resulted in pain, loss, character destruction and suffering. I am also seeking punitive damages for the negligent and willful misconduct and this amount can be determined by a jury.  While the flag remains the damages are ongoing.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/09/2023

Signature of Plaintiff: *Isaiah Black* (signature)

Printed Name of Plaintiff: Isaiah Black

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address