UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Isaiah Black,

        Plaintiff

v.

Dr. Tien C. Wang, et al.,

        Defendants

Case No. 2:23-cv-01846-CDS-NJK

**Order Dismissing and Closing Case**

This action was filed on November 9, 2023. On April 17, 2024, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to Department of Veteran Affairs, Dr. Ramu Komanduri, and Dr. Tien Chang Wang was filed by May 17, 2024, the court would enter an order of dismissal. ECF No. 9. The deadline has now passed, and no proof of service has been filed.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice. The Clerk of Court is directed to close this case.

Dated: May 21, 2024

_____
Cristina D. Silva
United States District Judge